**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

July 16, 2015

Hon. Robert E. Bell
District Attorney
115 W. Main Street, Rm. 205
Edna, TX 77957
* DELIVERED VIA E-MAIL *

Hon. W. A. 'Bill' White
Attorney at Law
P. O. Box 7422
Victoria, TX 77903
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-15-00054-CR
Tr.Ct.No. 14-5-9239
Style:     Russell  Wayne  McSland v. The State Of Texas

The appeal in this cause is REINSTATED as of the date of this letter, and the appellate timetables will commence accordingly.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch